FILED
April 12, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. CR S-06-0146 LKK
          Plaintiff, )
v. )   ORDER FOR RELEASE OF
)   PERSON IN CUSTODY
DORIS MARIE SMITH, )
)
          Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DORIS MARIE SMITH , Case No.  CR S-06-0146 LKK , Charge  18 USC §§ 287 and 2 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

    X  Unsecured Appearance Bond $ 10,000.00

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    X  (Other)  Pretrial Services Supervision with conditions

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 12, 2006  at  2:35 p.m.

By _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal