```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DORIS SMITH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DORIS SMITH,<br><br>　　　　Defendant.<br>_____ | No. CR. S-06-0146 LKK<br><br>**ORDER AFTER STATUS CONFERENCE**<br><br><br><br>Judge: Hon. Lawrence K. Karlton |

This case came on for status hearing on May 2, 2006. Ms. Smith was present with her attorney, Tim Zindel, and the government was present with Assistant U.S. Attorney Carolyn Delaney. Defense counsel requested and the Court ordered a further status hearing June 13, 2006, at 9:30 a.m. and ordered Speedy Trial Act time excluded through that date under Local Code T4.

　　　IT IS SO ORDERED.

Dated: June 8, 2006

　　　　　　　　　　　　　　　　　　/s/ Lawrence K. Karlton
　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT