DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DORIS SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DORIS SMITH,<br><br>　　　　　Defendant.<br>_____ | No. CR. S-06-0146 LKK<br><br>**STIPULATION AND ORDER**<br><br>Date:　June 13, 2006<br>Time:　10:00 a.m.<br>Judge: Hon. Lawrence K. Karlton |

　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Doris Smith, that the status conference scheduled for June 13 may be continued to July 18, 2006, at 9:30 a.m.

　　　Defense counsel awaits a draft plea agreement and seeks additional time to review that proposal with Ms. Smith.  Although it is likely that these tasks may be completed before July 18, defense counsel is unavailable on July 11 and there is no court scheduled for the week of July 3.  Accordingly, to assure adequate time to resolve the case and for defense counsel and defendant to confer, the parties agree that time under the Speedy Trial Act should be excluded from the

/////

date of this order through the status conference on July 18, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                                Respectfully submitted,

                                                DANIEL J. BRODERICK
Federal Defender

Dated: June 8, 2006           /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for DORIS SMITH

                                                McGREGOR SCOTT
United States Attorney

Dated: June 8, 2006           /s/ T. Zindel for S. Spangler
SAMANTHA SPANGLER
Assistant U.S. Attorney

## O R D E R

The status conference is continued to July 18, 2006, at 9:30 a.m. and time under the Speedy Trial Act is excluded through that date. The court finds that a continuance is necessary to give counsel time to complete the tasks noted above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through July 18, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: June 8, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT