```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DORIS SMITH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-06-0146 LKK |
| ) Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | |
| DORIS SMITH, ) | |
| ) | Date:  July 18, 2006 |
| Defendant. ) | Time:  9:30 a.m. |
| ) | Judge: Hon. Lawrence K. Karlton |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Doris Smith, that the status conference scheduled for July 18 may be continued to August 29, 2006, at 9:30 a.m.

   Defense counsel has received a draft plea agreement and seeks additional time to review that proposal with Ms. Smith.  To assure adequate time to resolve the case and for defense counsel and defendant to confer, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order

/////

/////

/////

1  through the status conference on August 29, 2006, pursuant to 18 U.S.C. §
2  3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  July 13, 2006                   /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for DORIS SMITH


                                        McGREGOR SCOTT
                                        United States Attorney


Dated:  July 13, 2006                   /s/ T. Zindel for S. Spangler
                                        SAMANTHA SPANGLER
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to August 29, 2006, at 9:30 a.m. and time under the Speedy Trial Act is excluded through that date.  The court finds that a continuance is necessary to give counsel time to complete the tasks noted above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through August 29, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

   IT IS SO ORDERED.


Dated:  July 14, 2006

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT