DANIEL BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar # 158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DORIS MARIE SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-146 LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **MODIFYING RELEASE CONDITIONS** |
| v. | ) | |
| | ) | |
| DORIS MARIE SMITH, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, Doris Smith, through their respective attorneys, that the conditions of pretrial release be amended to include the following special condition:

1.  You shall participate in mental health, alcohol and/or drug counseling as directed by Pretrial Services.

This change was recommended by Ms. Smith's Pretrial Services Officer, Steven Sheehan, because Ms. Smith tested positive and admitted use of controlled substances. Mr. Sheehan believes that this condition will help to address the violation without revoking Ms. Smith's release.

/////

/////

1    Ms. Smith has discussed the proposed condition with Mr. Sheehan and

2 defense counsel and agrees that it should be imposed.

3                                        Respectfully submitted,

4                                        DANIEL BRODERICK
                                         Federal Defender
5

6 Dated: July 19, 2006                   /s/ T. Zindel_____
                                         TIMOTHY ZINDEL
7                                        Assistant Federal Defender
                                         Attorney for DORIS MARIE SMITH
8

9                                        MCGREGOR W. SCOTT
                                         United States Attorney
10

11 Dated: July 20, 2006                  /s/ T. Zindel for S. Spangler_
                                         SAMANTHA SPANGLER
12                                       Assistant U.S. Attorney

13

14                              **ORDER**

15    The conditions of pretrial release are amended as set forth above.

16    **IT IS SO ORDERED.**

17

18 Dated:  July 24, 2006.

19

20                      _____
                        UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

2