


# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

FILED
AUG - 1 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

### PRETRIAL SERVICES VIOLATION PETITION

The United States,

-vs-

Doris Marie Smith

Docket No. 2:06-CR-0146 LKK

**COMES NOW** Steven J. Sheehan, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Doris Marie Smith, who was placed on bond by the Honorable Dale A. Drozd, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 12th day of April, 2006, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**BOND CONDITIONS:** The defendant was released on a $10,000 unsecured appearance bond with Pretrial Services supervision and special conditions of release. Please refer to the attachment.

**OFFENSE:** 18 USC 287 and 2 - False Claim and Aiding and Abetting (2 counts).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
Scientific Testing Labs (STL) confirmed that urine samples submitted by Ms. Smith to The Effort, Inc., in Sacramento, California, on June 19, July 13 and July 18, 2006, were each positive for cocaine. Also, Ms. Smith failed to appear at The Effort for drug testing on the following dates: June 14, 15, 16; and July 12, 17, 21, 23, 26, 27 and 28, 2006. Additionally, Ms. Smith has failed to make several appointments with the undersigned Officer at the Pretrial Services Office.

**PRAYING THAT THE COURT WILL ORDER** a bail review hearing be calendered for Wednesday, August 2, 2002, at 2:00 p.m., before Your Honor to address the defendant's drug use and overall non-compliance to the conditions of release.

**LAST KNOWN ADDRESS:** On file with Pretrial Services
**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Steven J. Sheehan

Steven J. Sheehan
U.S. Pretrial Services Officer
July 31, 2006

### ORDER

____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ ___.

____ The Court hereby orders this ex parte motion and order be sealed.

____ The Court orders a summons be issued with an appearance date of _____.

**X** The Court hereby orders this matter placed on this court's calendar on **Wednesday, August 2, 2006**, at **2:00** p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

____ The Court orders no action be taken.

Considered and ordered this _1st_ day of _August_, 2006, and ordered filed and made a part of the records in the above case.

_/s/ Dale A. Drozd_
U.S. Magistrate Judge

**Pretrial Services Violation Petition - cont'd**
**Smith, Doris Marie**

### SPECIAL CONDITIONS OF RELEASE:

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

7. You shall submit to drug or alcohol testing as approved by the pretrial services officer; and

8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer.

On July 24, 2006, the following condition of release was added to the defendant's bond:

9. You shall participate in mental health, alcohol and/or drug counseling as directed by Pretrial Services.

### CHRONOLOGY OF EVENTS:

Scientific Testing Labs (STL) confirmed that Ms. Smith's urine samples submitted to The Effort, Inc., in Sacramento, California, on June 19, July 13 and July 18, 2006, were positive for cocaine. Pretrial Services was notified that Ms. Smith failed to appear at The Effort for drug testing on June 14, 15, and 16; and July 12, 17, 21, 23, 26, 27 and 28, 2006. Additionally, Ms. Smith has failed to make several appointments with the undersigned Officer at the Pretrial Services Office.

On July 18, 2006, the defendant, after a number of missed appointments, reported in person to the Pretrial Services office in Sacramento, California. When confronted with the positive drug test result from June 19th, Ms. Smith stated that she had recently smoked marijuana on two occasions and that the marijuana cigarettes must have been "laced" with cocaine. This Officer noted that the defendant did not test positive for marijuana and asked her to describe the extent of her cocaine use. Ms. Smith had difficulty remaining on topic and answering the question posed by the undersigned. When asked if she felt she had an addiction to cocaine and if she required residential treatment, Ms. Smith replied that she has a problem but asked for outpatient counseling. As the undersigned Officer felt that Ms. Smith was under the influence of a drug, due in part to her answers to questions and her physical demeanor during the conversation, she was asked to submit to a drug test. Ms. Smith stated that this drug test may result in another positive test result. Although it was felt that Ms. Smith would benefit more from a residential drug treatment program, she was told that a referral would be made to an outpatient treatment program once a substance abuse counseling condition was added to her bond. Ms. Smith was told to abstain from further cocaine use and to make all scheduled drug tests without fail.

**Pretrial Services Violation Petition - cont'd**
**Smith, Doris Marie**

Since July 18, 2006, Pretrial Services has received two additional drug tests for cocaine for the defendant, she continues to miss drug tests, and she has not reported to the Pretrial Services office as directed. Both the assigned Assistant U.S. Attorney and the Assistant Federal Defender were advised of the information contained in this petition. Both counsel are available to appear before the Court and address the defendant's pretrial release violations.

For the Court's information, as we are unable to refer new inpatient treatment referrals to The Effort, Pretrial Services was considering a referral to a community-based low-income treatment center as alternative to detention. However, Pretrial Services has had been unsuccessful in meeting with the defendant to discuss this possibility.