DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DORIS SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | No. CR. S-06-0146 LKK |
|                                    ) | |
|             Plaintiff,             ) | |
|                                    ) | **STIPULATION AND ORDER** |
|     v.                             ) | |
|                                    ) | |
| DORIS SMITH,                       ) | |
|                                    ) | Date:  August 29, 2006 |
|             Defendant.             ) | Time:  9:30 a.m. |
|                                    ) | Judge: Hon. Lawrence K. Karlton |
| _____    ) | |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Doris Smith, that the status conference scheduled for August 29 may be continued to October 3, 2006, at 9:30 a.m., when the case may be scheduled for change of plea.

    The parties have reached an agreement to resolve the case without trial but the agreement has not been reduced to writing.  Meanwhile, Ms. Smith has been offered an opportunity to participate in residential drug treatment; if the magistrate judge should order her release, she will be on blackout for 30 days commencing early next week.  Finally, an issue concerning calculation of the guidelines has arisen in similar cases that are pending sentencing, and the

1 parties believe it may aid in their discussions to have time to consider this
2 issue.  For these reasons, the parties agree that time under the Speedy Trial
3 Act should be excluded from the date of this order through the status conference
4 on October 3, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: August 23, 2006          /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for DORIS SMITH


                                McGREGOR SCOTT
                                United States Attorney

Dated: August 23, 2006          /s/ T. Zindel for S. Spangler
                                SAMANTHA SPANGLER
                                Assistant U.S. Attorney


**O R D E R**

The status conference is continued to October 3, 2006, at 9:30 a.m. and time under the Speedy Trial Act is excluded through that date.  The court finds that a continuance is necessary to give counsel time to complete the tasks noted above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through October 3, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: August 24, 2006          LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT