FILED
August 28, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>Plaintiff, )<br>v. )<br> )<br>DORIS MARIE SMITH, )<br> )<br>Defendant. ) | Case No. CR S-06-0146 LKK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DORIS MARIE SMITH , Case No.  CR S-06-0146 LKK , Charge  Title 18 USC § 3606 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $ _10,000.00_

_X_   Unsecured Appearance Bond

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

_X_   (Other)  With Pretrial Services Supervision and conditions of release. Release to occur during business hours on August 29, 2006.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 28, 2006  at   2:55   pm  .

By  _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal