DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DORIS SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                               )<br>          Plaintiff,          )<br>                               )<br>     v.                        )<br>                               )<br>DORIS SMITH,                   )<br>                               )<br>          Defendant.           )<br>                               )<br>_____) | No. CR. S-06-0146 LKK<br><br>**STIPULATION AND ORDER**<br><br><br>Date: October 3, 2006<br>Time: 9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Doris Smith, that the status conference scheduled for October 3, 2006, may be continued to October 24, 2006, at 9:30 a.m., when the case may be scheduled for change of plea.

The parties have reached an agreement to resolve the case without trial although changes will be made to the draft agreement. Also, Ms. Smith was released on September 19 to a residential drug treatment facility and is on a 30-day blackout period. Defense counsel believes it is in Ms. Smith's best interest to complete the first 30 days of her residence without interruption, so has asked to continue the change of plea to October 24. The parties agree that time under the Speedy Trial

Act should be excluded from the date of this order through the status conference on October 24, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4), in order to complete the plea agreement and so that Ms. Smith may complete the first phase of her residential treatment.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: September 26, 2006            /s/ T. Zindel

TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for DORIS SMITH


McGREGOR SCOTT
United States Attorney


Dated: September 26, 2006            /s/ T. Zindel for S. Spangler
SAMANTHA SPANGLER
Assistant U.S. Attorney


**O R D E R**

The status conference is continued to October 24, 2006, at 9:30 a.m. and time under the Speedy Trial Act is excluded through that date. The court finds that a continuance is necessary to give counsel time to complete the tasks noted above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through October 24, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: September 29, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT