DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DORIS SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-06-0146 LKK |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | |
| DORIS SMITH, ) | Date:  October 24, 2006 |
| ) | Time:  9:30 a.m. |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Doris Smith, that the status conference scheduled for October 24, 2006, may be continued to November 7, 2006, at 9:30 a.m., when the case may be scheduled for change of plea.

Although the parties have reached an agreement to resolve the case without trial Ms. Smith was released on September 19 to a residential drug treatment facility and continues to work on her rehabilitation program. Because of her commitments, she and defense counsel have yet to review the final plea agreement. So that Ms. Smith may continue to progress and so that she may have time to review the final agreement, the

1  parties have agreed to continue the change of plea to November 7.  The
2  parties further agree that time under the Speedy Trial Act should be
3  excluded through the status conference on November 7, pursuant to 18
4  U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: October 23, 2006         /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for DORIS SMITH


                                McGREGOR SCOTT
                                United States Attorney

Dated: October 23, 2006         /s/ T. Zindel for S. Spangler
                                SAMANTHA SPANGLER
                                Assistant U.S. Attorney


**O R D E R**

The status conference is continued to November 7, 2006, at 9:30 a.m. and time under the Speedy Trial Act is excluded through that date.  The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through November 7, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  October 23, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT