DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DORIS MARIE SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     v.                       )<br>                              )<br> DORIS MARIE SMITH,            )<br>                              )<br>          Defendant.          )<br>_____) | No. CR. S-06-146 LKK<br><br>**STIPULATION AND ORDER CONTINUING<br>JUDGMENT AND SENTENCING AND<br>SCHEDULING PRESENTENCE REPORT**<br><br>Date:   January 17, 2007<br>Time:   9:30 a.m.<br>Judge:  Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Doris Marie Smith, that the hearing on judgment and sentencing (now scheduled for January 17, 2007) may be continued to March 6, 2007, at 9:30 a.m.  The parties further agree that the schedule for preparation of the presentence report may be amended as follows:

    (1) Draft report due                  January 30, 2007

    (2) Informal objections due       February 13, 2007

    (3) Final report due                  February 20, 2007

    (4) Formal objections due         February 27, 2007

    (5) Hearing on J & S                 March 6, 2007

/////

1    This stipulation is intended to afford time for Ms. Smith to
2 complete her obligations under the plea agreement and to prepare the
3 presentence report.

4                                            Respectfully submitted,

5                                            DANIEL J. BRODERICK
                                             Federal Defender
6

7 Dated:  December 14, 2006            /s/ T. Zindel
                                       TIMOTHY ZINDEL
8                                      Assistant Federal Defender
                                       Attorney for DORIS MARIE SMITH
9

10                                           McGREGOR SCOTT
                                             United States Attorney
11

12 Dated:  December 14, 2006           /s/ T. Zindel for S. Spangler
                                       SAMANTHA SPANGLER
13                                     Assistant U.S. Attorney

14

15                                **O R D E R**

16     The above schedule is adopted.

17     IT IS SO ORDERED.

18

19 Dated:  December 15, 2006

20

21                                       LAWRENCE K. KARLTON
                                         SENIOR JUDGE
22                                       UNITED STATES DISTRICT COURT

23

24

25

26

27

28

Stip. in U.S.A. v. D. Smith              2