McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 06-146 LKK |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING HEARING RE JUDGMENT AND SENTENCING |
| v. ) | |
| DORIS MARIE SMITH, ) | DATE: May 8, 2007 |
| Defendant. ) | TIME: 9:30 a.m. |
| _____ ) | COURT: Lawrence K. Karlton |

Stipulation

Plaintiff United States of America and defendant Doris Marie Smith, through counsel, hereby stipulate:

1. The hearing regarding judgment and sentencing may be rescheduled from May 1, 2007, to May 8, 2007 at 9:30 a.m.; and

2. The government's response to the defendant's motion to correct the pre-sentence report, and any other sentencing memoranda, would be due May 1, 2007.

The government needs time to respond in writing to the defendant's motion.

///

///

///

1

1   Defense counsel has authorized the prosecutor to sign this
2 stipulation on his behalf.
3 DATED:  April 26, 2007              McGREGOR W. SCOTT
                                      United States Attorney
4
5                                by   /s/ Samantha S. Spangler
                                      Samantha S. Spangler
6                                     Assistant U.S. Attorney

7 DATED:  April 26, 2007              DANIEL J. BRODERICK
                                      Federal Defender
8
9                                by   /s/ Samantha S. Spangler for
                                      Timothy L. Zindel
10                                    Assistant Federal Defender
                                      Counsel for Ms. Smith
11

12                              Order

13   Good cause appearing, the hearing regarding judgment and
14 sentencing shall be continued from May 1, 2007 to May 8, 2007 at
15 9:30 a.m.  The government's response to the defendant's motion to
16 correct the pre-sentence report, and any other sentencing
17 memoranda, are due May 1, 2007.
18   IT IS SO ORDERED.
19 DATED:  April 27, 2007

                                      _____
                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT

2